IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANUAL ROSARIO,
    Petitioner,

v.

FRANKLIN J. TENNIS, et al.,
    Respondents.

CIVIL ACTION

NO. 09-3277

FILED MAR 17 2010

## ORDER

**AND NOW**, this 16 day of March, 2010, upon consideration of the petition for a writ of habeas corpus, Respondents' answer, the record of the state court proceedings, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

EDUARDO C. ROBRENO, J.

ENTERED
MAR 17 2010
CLERK OF COURT